# CASE ANNOUNCEMENTS

*June 16, 2014*

[Cite as *06/16/2014 Case Announcements*, 2014-Ohio-2589.]

## MOTION AND PROCEDURAL RULINGS

**2014–0997.   Columbus Bar Assn. v. Armengau.**
On June 16, 2014, relator filed a motion for immediate interim remedial suspension under Gov.Bar R. V(5a) and for appointment of counsel under Gov.Bar R. V(8)(F).

Upon consideration thereof, it is ordered by the court that respondent shall file a response, if any, to relator's motion on or before June 20, 2014.

# CASE ANNOUNCEMENTS

*June 17, 2014*

[Cite as *06/17/2014 Case Announcements*, 2014-Ohio-2595.]

## MOTION AND PROCEDURAL RULINGS

**2014–0481.   Jelinek v. Abbott Laboratories.**
Franklin App. No. 11AP–996, 2013-Ohio-1675. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the renewed motions for admission pro hac vice of James F. Hurst, Derek J. Sarafa, Steffen N. Johnson, and Samantha L.Maxfield, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–0914.   State v. Sultaana.**
Cuyahoga App. No. 101211. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's emergency motion for stay of the court of appeals' judgment, it is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS